IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANA WATSON,

       Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM,

       Defendant.

Case No. 23-CV-03552-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 8, 2025 (Doc. 72), this matter is **DISMISSED with prejudice**.

**DATED: July 8, 2025**

                MONICA A. STUMP,
                Clerk of Court


                By: *s/ Jackie Muckensturm*
                      Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
              **STEPHEN P. MCGLYNN**
              **U.S. District Judge**